FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Roscoe     169991
(Last Name)      (Identification Number)

DenaRius Anfone
(First Name)      (Middle Name)

Wilkinson.CCif
(Institution)

2999 Hwy 61 NORth
(Address)

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 24 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

v.

Jody BRadley
Gabriel walKeR
manage 4Raining CoReRation

CIVIL ACTION NUMBER: 5:18-CV-59-DCB-MTP
234-RP
(to be completed by the Court)

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.    Have you ever filed any other lawsuits in a court of the United States?    Yes (✓) No (—)

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.    Parties to the action: *Managment 4Raining CoRPeRation.*

2.    Court (if federal court, name the district; if state court, name the county): NoRtheRn DistRict Mississippi.

3.    Docket Number: N/A

4.    Name of judge to whom case was assigned: #3 Roy PeRcy

5.    Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): its StiM pending

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: *Denarius A. Rosca* Prisoner Number: *169994*

Address: *2999 Hwy 61 North woodville mississippi.*

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: *Jody Bradly Gabriel walker* _____ is employed as

*warden/Deputy warden.* _____ at *Wilkinson County*

*Correction facility.*

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: *Denarius Rosca*   ADDRESS: *2999 Hwy 61 North woodville Mississippi.*

DEFENDANT(S):

NAME: *Jody Bradly.*   ADDRESS: *2999 Hwy 61 North woodville mississippi.*
*Gabriel walker*   *2999 Hwy 61 north woodville mississippi.*
*Terry Daniel.*   *2999 Hwy 61 North woodville mississippi.*

2

# GENERAL INFORMATION

A.    At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( ✓ )   No (   )

B.    Are you presently incarcerated for a parole or probation violation?

Yes ( ✓ )   No (   )

C.    At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( ✓ )   No (   )

D.    Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( ✓ )   No (   )

E.    Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( ✓ )   No (   ), if so, state the results of the procedure: _____

_____

F.    If you are **not** an inmate of the Mississippi Department of Corrections, answer the following questions:

1.    Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

Yes (   )   No (   )

2.    State how your claims were presented (written request, verbal request, request for forms): Wha4 Happen Were, When, Why.

3.    State the date your claims were presented: April 5, 2018.

4.    State the result of the procedure: _____

"Per rights, I will like to request a speedy trial.

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

I offender Roscoe was Housed on Kilo pod Close Confinement When Daniel Lamb taking the Keys on 04/04/2018 from the officer on Duty, Lamb came open my Door an Stabbed me in my Head once + in my Back once. C/O Battas Had no Help Getting Lamb out The shower By Himself, That's when Lamb came out His Cuffs in taking the Keys

## RELIEF

IV.    State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I'm asking for 250,000 for the Damage I was Cost & m.I coud Have lost my life Cause (protection from Harm) policy state that offender will not be subject to abusive institutional practices or Harassment.

Signed this 44 day of April 20 18

Denarius Roscoe #169994
2999 Hwy 61 woodville MS.
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

04/14/2018
(Date)

Denarius A. Roscoe.
Signature of plaintiff

4