**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**DENARIUS ANTONE ROSCOE, # 169994**                                    **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 5:18cv59-DCB-MTP**

**JODY BRADLEY, GABRIEL WALKER,
MANAGEMENT AND TRAINING
CORPORATION, TERRY DANIEL, and
OFFICER BARN**                                                        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.   Pursuant to

the Memorandum Opinion and Order issued this date,

IT IS, HEREBY, ORDERED AND ADJUDGED that this cause is dismissed with

prejudice as frivolous.

So ordered and adjudged, this the 5th day of September, 2018.


                           s/David Bramlette
                           UNITED STATES DISTRICT JUDGE